**Malakim Ben ISRAEL,**
**Plaintiff-Appellant,**

v.

**Joseph R. HOLLINGSWORTH,**
**Defendant-Appellee.**

**No. 16-6840**

United States Court of Appeals,
Fourth Circuit.

Submitted: November 17, 2016

Decided: November 29, 2016

Malakim Ben Israel, Appellant Pro Se.

Before TRAXLER, SHEDD, and AGEE, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malakim Ben Israel seeks to appeal the district court's order dismissing this 42 U.S.C. § 1983 (2012) action. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered on the docket on March 29, 2016. The notice of appeal is deemed filed on May 30, 2016, when Ben Israel hand-dated it. Because Ben Israel failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. The motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED